Jason D. Haymore (Utah No. 13236)
Brandon Sipherd (Utah No. 17910)
**PEARSON BUTLER, LLC**
1802 South Jordan Parkway, Suite 200
South Jordan, UT 84095
Telephone: 801.495.4104
JasonH@pearsonbutler.com
brandon@pearsonbutler.com
*Attorneys for Plaintiff*

---

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

---

| | |
|---|---|
| ANHVU C. NGUYEN, an individual,<br><br>          Plaintiff,<br><br> vs.<br><br>CORPORATION OF WESTERN GOVERNORS UNIVERSITY, a Utah Corporation,<br><br>          Defendant. | Case No. 2:22-cv-00138-JNP-CMR<br><br>**JOINT MOTION FOR STAY PENDING MEDIATION**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Anhvu C.

Nguyen and Defendant Corporation of Western Governors University (collectively, the

"Parties"), request the Court to grant a stay of case, including a stay on submitting an

Attorney Planning Meeting Report and Proposed Scheduling Order, discovery, and

Plaintiff's response to Defendant's Motion to Dismiss, pending mediation.  In support of

this Joint Motion, the parties state as follows:

1.      Plaintiff filed a Complaint on February 28, 2022, alleging discrimination and retaliation against Defendant.

2.      On April 6, 2022, Defendant filed a motion to dismiss a majority of the causes of action asserted in the Complaint.

3.      The same date, the Parties agreed to schedule mediation with a private mediator.  The parties' preferred mediator is unavailable until July 2022.  The parties expect to mediate on a date in that month.

4.      Good cause exists to grant a stay in this case.  Courts have "inherent power to stay proceedings in any matters pending before it." *Asphalt Trader Ltd. v. Beall*, No. 1:20-cv-00155-JNP-CMR, 2021 U.S. Dist. LEXIS 172652, at *12 (D. Utah Sept. 10, 2021) (granting motion to stay because it "would promote judicial economy and minimize expenses for both parties").  Here, staying the case, including the requirement to file an Attorney Planning Meeting Report and Proposed Scheduling Order, will promote judicial economy.  The Parties wish to avoid the unnecessary burden and expense of discovery and responding to Defendant's Motion to Dismiss before the mediation process is completed.  If mediation is successful, there will be no need for the Court to issue a Proposed Scheduling Order or calendar a date for trial, and the parties will file a Notice of Settlement while they finalize settlement.

5.      On the other hand, if the mediation is unsuccessful, the Parties will agree to jointly submit an Attorney Planning Meeting Report and Proposed Scheduling Order within

10 days of any failed mediation.

WHEREFORE, for all these reasons, the Parties by and through their attorneys jointly request that the Court grant their motion to stay pending mediation. If necessary, the Parties will file an Attorney Planning Meeting Report and Proposed Scheduling Order within 10 days of any failed mediation.

Respectfully submitted this 12th day of April 2022.

/s/ Brandon Sipherd
Jason D. Haymore
Brandon Sipherd
PEARSON BUTLER, LLC
1802 South Jordan Parkway, Suite 200
South Jordan, UT 84095
Telephone: (801) 495-4103
JasonH@pearsonbutler.com
Brandon@pearsonbutler.com
*Attorneys for Plaintiff*


/s/ Jonathan M. Burt
M. Christopher Moon USB# 14880
Jonathan M. Burt USB# 16794
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, Utah 84111
Telephone: (801) 736-3199
chris.moon@jacksonlewis.com
jonathan.burt@jacksonlewis.com
*Attorneys for Defendant*

4