Jason D. Haymore (Utah No. 13236)
Brandon Sipherd (Utah No. 17910)
**PEARSON BUTLER, LLC**
1802 South Jordan Parkway, Suite 200
South Jordan, UT 84095
Telephone: 801.495.4104
JasonH@pearsonbutler.com
brandon@pearsonbutler.com
*Attorneys for Plaintiff*

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| ANHVU C. NGUYEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CORPORATION OF WESTERN GOVERNORS UNIVERSITY, a Utah Corporation, <br><br> Defendant. | Case No. 2:22-cv-00138-JNP-CMR <br><br> **PROPOSED ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION** <br><br> Judge Jill N. Parrish <br> Magistrate Judge Cecilia M. Romero |

This matter is before the Court on the Parties' Joint Motion for Stay Pending Mediation. For good cause shown, the Joint Motion is GRANTED. The case is hereby STAYED pending the parties' upcoming mediation.

If necessary, the Parties will submit an Attorney Planning Meeting Report and Proposed Scheduling Order within 10 days of any failed mediation. If the mediation is successful, the Parties will file a Notice of Settlement promptly while the parties

1

finalize their settlement.

      SIGNED on this _____ day of April.

                                                              _____
                                                              Cecilia M. Romero
                                                              UNITED STATES MAGISTRATE JUDGE