Jason D. Haymore (Utah No. 13236)
**PEARSON BUTLER, LLC**
1802 South Jordan Parkway, Suite 200
South Jordan, UT 84095
Telephone: 801.495.4104
JasonH@pearsonbutler.com
*Attorney for Plaintiff*

### UNITED STATES COURT DISTRICT OF UTAH CENTRAL DIVISION, STATE OF UTAH

| ANHVU C. NGUYEN, an individual, | **COMPLAINT AND JURY DEMAND** |
|---|---|
| Plaintiff, vs. | Case No.2:22-cv-00138-JNP-CMR |
| CORPORATION OF WESTERN GOVERNORS UNIVERSITY, a Utah Corporation, | Honorable Judge Jill N. Parrish  Magistrate Judge Cecilia M. Romero |
| Defendant. | |

Comes now all parties, by and through undersigned counsel, upon stipulation, and under rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, and hereby give Notice of Dismissal of Plaintiff's complaint and all causes of action asserted therein. The parties have agreed that this dismissal shall be with prejudice and shall act as an adjudication upon the merits. Both parties shall bear their own costs and fees incurred in this action.

DATED this 8th day of July, 2022

| Jackson Lewis PLLC | Pearson Butler |
|---|---|
| /s/ M. Christopher Moon | /s/ Jason D. Haymore |
| M. Christopher Moon | Jason D. Haymore |
| Attorney for Defendant | Attorney for Plaintiff |
| (signed by Jason Haymore, with permission) | |

1

## Certificate of Service

      I hereby certify that on the 8th day of July, 2022, I caused to be served, by electronic filing, the attached and forgoing Stipulation of Dismissal upon the following:

M. Christopher Moon USB# 14880
Jonathan M. Burt USB# 16794
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, Utah 84111
Telephone: (801) 736-3199
chris.moon@jacksonlewis.com
jonathan.burt@jacksonlewis.com
Attorneys for Defendant

                                              /s/ Jason D. Haymore
                                              Jason D. Haymore
                                              Attorney for Plaintiff